# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK J. SHELTON, ET AL.,** | Case No.: 4:21-cv-04772-YGR |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| vs. | |
| **AIR & LIQUID SYSTEMS CORPORATION, ET AL.,** | |
| Defendant(s). | |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Jacqueline Scott Corley to conduct a settlement conference.

Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

The parties will be advised of the date, time, and place of the settlement conference by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: 7/12/2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Judge Jacqueline Scott Corley ; MagRef Email