UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK J. SHELTON, ET AL.,**<br><br>     Plaintiff(s),<br><br>  vs.<br><br>**AIR & LIQUID SYSTEMS CORPORATION, ET AL.,**<br><br>     Defendant(s). | Case No.: 4:21-cv-04772-YGR<br><br>**ORDER VACATING MOTION TO DISMISS HEARING**<br><br>Re: Dkt. No.82 |

The Court has reviewed the papers submitted by the parties regarding Defendant Superior Lidgerwood Mundy Corporate's motion to dismiss (Dkt. No. 82) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 728-29 (9th Cir. 1991). Accordingly, the hearing set for August 3, 2021 is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: July 30, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**