UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. SHELTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-04772-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, May 13, 2022 **at 9:00 a.m.** |
| REFERRED TO MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY FOR SETTLEMENT CONFERENCE | Date to be set by Magistrate Judge |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | March 11, 2022 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Plaintiff expert report: March 18, 2022<br>Defendant: March 25, 2022<br>Rebuttal Reports: April 8, 2022(simultaneous) |
| EXPERT DISCOVERY CUTOFF: | April 8, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | On 35 day notice [filed May 27, 2022] |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | Friday, July 22, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 29, 2022 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, August 12, 2022 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, August 29, 2022 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance deadline on Friday, July 22, 2022 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance deadline shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge