1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    FRANK J. SHELTON, et al.,

8                    Plaintiffs,

9            v.

10   AIR & LIQUID SYSTEMS
     CORPORATION, et al.,

11                   Defendants.

Case No.  21-cv-04772-YGR   (JSC)


**ORDER RE: SETTLEMENT PROCESS**

12
13          This action has been referred to Magistrate Judge Jacqueline Scott Corley for settlement

14   purposes.  The remaining parties in this case are ordered to do the following:

15          1.      On or before **February 18, 2022**, Plaintiffs shall make a demand in writing for

16   settlement to each defendant. If Plaintiffs have already done so, Plaintiffs shall reiterate their

17   demand or make a new demand.

18          2.      On or before **March 8, 2022,** each defendant shall respond in writing to Plaintiffs'

19   demand.

20          3.      Following the exchange of offers and counteroffers, the parties shall negotiate in a

21   good faith attempt to resolve the claims without further court intervention.

22          4.      If the case is not resolved by the negotiations, then on or before **March 25, 2022,**

23   Plaintiffs and each remaining Defendant shall submit a letter to jscsettlement@cand.uscourts.gov

24   summarizing the status of the parties' settlement negotiations thus far and a proposal for further

25   ADR efforts, including optimal timing.  The letter shall be copied to the relevant opposing

26   counsel.

27          5.      Upon the Court's review of the settlement status letters, the Court will contact the

28   parties regarding next adr steps.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: January 19, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California