**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANK J. SHELTON, ET AL.,** | Case No.: 4:21-cv-04772-YGR |
| Plaintiffs, | **ORDER ADVANCING TRIAL DATE** |
| vs. | |
| **AIR & LIQUID SYSTEMS CORPORATION, ET AL.,** | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Parties are hereby advised that due to the Court's criminal jury trial docket, **the trial in this action is being advanced from September 12, 2022 back to the original date of August 29, 2022**. Unless the Court advances the trial date, it will not be able to complete the trial before the start date of a criminal jury trial which takes precedence to the instant case and which will not only last 3 months but will be followed by another criminal trial. Given the Court's lengthy conference with the parties, the Court understands that parties in asbestos cases regularly parallel track pretrial and trial filings. While unfortunate, such must occur in this case in order to maintain a trial in the calendar year of 2022.

The following additional dates are hereby modified:

- Joint Pretrial Statement and all trial filings shall be filed by August 11, 2011
- Trial Binders with all filings, including ECF headers, shall be delivered to chambers by August 12, 2022
- Hearings on Phase 2 motions and Pretrial Conference Friday, 8/19/2022 at 9:00am

**IT IS SO ORDERED.**

Dated: June 8, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**